**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **JACOB HALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 26-2656-KHV** |
| | ) | |
| **VANESSA FANG,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

On October 26, 2026, Magistrate Judge Rachel E. Schwartz recommended that the Court dismiss plaintiff's complaint for lack of subject matter jurisdiction and deny plaintiff's motion to proceed in forma pauperis. See Report & Recommendation (Doc. #4).

On that same day, the Clerk's Office mailed a copy of the Report & Recommendation (Doc. #4) to plaintiff in Fairbanks, Alaska, at the address plaintiff provided. See Return Mail Received (Doc. #6) filed November 23, 2026. The U.S. Postal Service returned the piece of mail containing the Report & Recommendation (Doc. #4) to the Clerk's Office on November 23, 2026 stamped "Return To Sender," "Not Deliverable As Addressed" and "Unable To Forward." Id.[1]

Plaintiff had until November 12, 2026 to file objections to the proposed findings and recommendation. See Fed. R. Civ. P. 72(b)(2) (party must file objection within 14 days after service of report and recommendation); Fed. R. Civ. P. 6(d) (deadline extended three days for service by mail). No party has objected, and plaintiff has filed no other documents with the Court

[1] An earlier mailing to plaintiff at the same address in Fairbanks, Alaska was similarly returned to the Clerk's Office as undeliverable. See Return Mail Received (Doc. #5) filed November 9, 2026. The report and recommendation notes that a PACER search revealed that in October of 2026, a Jacob Hall sued Vanessa Fang in multiple cases in federal district courts across the United States. Report & Recommendation (Doc. #4) filed October 26, 2026 at 2 & n.2.

since October 20, 2026, when he filed his Complaint (Doc. #1) and Application To Proceed In District Court Without Prepaying Fees Or Costs (Doc. #2). For this reason and substantially the reasons stated in the Report & Recommendation (Doc. #4), the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS THEREFORE ORDERED** that the Report & Recommendation (Doc. #4) filed October 26, 2026 is **ADOPTED**.

**IT IS FURTHER ORDERED that the Court dismisses the Complaint (Doc. #1) filed October 20, 2026 against defendant for lack of subject matter jurisdiction.**

**IT IS FURTHER ORDERED that the Court overrules plaintiff's Application To Proceed In District Court Without Prepaying Fees Or Costs (Doc. #2) filed October 20, 2026.**

Dated this 25th day of November, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge